UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20647-CIV-HOEVELER

WACHOVIA BANK, N.A.,

    Plaintiff,

v.

M/V DILIGENCE, her engines, tackle, apparel, appurtenances, etc., having Official No. 1163085, *in rem*, and JEFFREY M. JOHNSON a/k/a JEFFREY MICHAEL JOHNSON, *in personam*,

    Defendants.

_____/

## ORDER DENYING REQUEST FOR ARBITRATION AND GRANTING, IN PART, PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This Cause comes before the Court on Defendant Jeffrey M. Johnson's Motion for Order to Compel Arbitration, and Plaintiff's Motion for Summary Judgment. On April 14, 2010, this Court denied Defendant Johnson's request for dismissal or arbitration of this dispute, finding that the terms of the mortgage on Johnson's vessel did not prohibit Plaintiff from seeking to foreclose on the mortgage if Johnson failed to make the required payments. Defendant Johnson's Motion for Order to Compel Arbitration, filed May 12, 2010, raises no new arguments and is therefore DENIED.

According to Plaintiff, Defendant Johnson has stipulated to entry of summary judgment against the vessel, the M/V Diligence, on the condition that Johnson will have additional time to negotiate the matter of individual liability, or to respond to the summary judgment motion as to his individual liability. The Court finds that this agreement is acceptable and it is

    ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment be

GRANTED, in part. Summary judgment is entered against the **M/V Diligence, her engines, tackle, apparel, appurtenances, etc., having Official No. 1163085** and in favor of Plaintiff Wachovia Bank, N.A. The vessel shall be sold to pay the outstanding damages. After publication of the appropriate notices pursuant to the Local Admiralty and Maritime Rules, the vessel shall be sold by the United States Marshal at public auction to the highest bidder, free of all liens from pre-existing claims to the vessel, whether recorded or otherwise. The United States Marshal shall deposit the sale proceeds in the Registry of the Court pending resolution of the outstanding claims in this lawsuit.

To permit sufficient time for the vessel to be sold, and to allow Defendant Johnson - in the event that the sale of the vessel does not satisfy the amount demanded by Plaintiff - time to respond to the motion for summary judgment, the Court hereby defers ruling on the motion for summary judgment as to Defendant Johnson's individual liability until August 20, 2010. If the parties have resolved the matter prior to that date, they shall advise the Court.

DONE AND ORDERED in Chambers in Miami this 3rd day of June 2010.

*Wm M Hoeveler*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

copies to:
    Jeffrey M. Johnson
        P. O. Box 398945
        Miami Beach, FL 33239
    Robert D. McIntosh